UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEMAYEHU GETACHEW, | |
| Plaintiff, | |
| | 1:16-cv-09184 |
| v. | |
| | Honorable Jorge Alonso |
| COMPASS TRUCK SALES, LLC | |
| An Illinois Limited Liability Company, | |
| Defendant. | |

**PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT**

The Plaintiff, Alemayehu Getachew, by and through his attorneys, SRM Law, P.C., hereby voluntarily dismisses his Complaint, without prejudice, against Defendant Compass Truck Sales, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

/s/Jennifer L. Mozwecz
Jennifer L. Mozwecz
One of Plaintiff's Attorneys
150 N. Michigan Avenue, 8th Floor
Chicago, IL  60601
(312)564-5757
jmozwecz@srmlaw.com
ARDC No. 6298582

1

## CERTIFICATE OF SERVICE

  The undersigned certifies that on January 5, 2017, she caused the foregoing and all attachments to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

                                   /s/<u>Jennifer L. Mozwecz</u>